## WILSON v. WILSON.

LUMPKIN, J.  Under the evidence there was no abuse of discretion in allowing the alimony and attorney's fees awarded.

> Judgment affirmed.  Beck, J., absent.  The other Justices concur.
>                          MARCH 11, 1913.

Temporary alimony.  Before Judge Rawlings.  Bulloch superior court.  November 13, 1912.

H. B. Strange and Deal & Renfroe, for plaintiff in error.

Johnston & Cone, contra.

---

## POSTAL TELEGRAPH-CABLE COMPANY v. LOUISVILLE AND NASHVILLE RAILROAD COMPANY et al.

LUMPKIN, J.  Under the rulings in Atlantic Coast Line Railroad Company v. Postal Telegraph-Cable Company, 120 Ga. 268 (48 S. E. 15, 1 Ann. Cas. 734), and Western and Atlantic Railroad Company v. Western Union Telegraph Company, 138 Ga. 120 (75 S. E. 471), and under the evidence introduced, there was no abuse of discretion in granting an interlocutory injunction.

> Judgment affirmed.  Beck, J., absent.  The other Justices concur.
>                          MARCH 11, 1913.

Injunction.  Before Judge Hammond.  Richmond superior court.  December 3, 1912.

C. E. Dunbar, for plaintiff in error.

Joseph B. & Bryan Cumming, contra.

---

## ANDERSON v. SHEFFIELD et al.

LUMPKIN, J.  The evidence introduced before the ordinary, on the hearing of a writ of habeas corpus brought for the purpose of determining the custody of a minor child, was conflicting; and there was no abuse of discretion on the part of the judge of the superior court in sustaining a writ of certiorari to the judgment of the ordinary, and remanding the case for another trial.  Buice v. Buice, 111 Ga. 887 (36 S. E. 969).

> Judgment affirmed.  Beck, J., absent.  The other Justices concur.
>                          MARCH 11, 1913.

Habeas corpus.  Before Judge Sheppard.  Tattnall superior court.  August 20, 1912.

H. H. Elders, for plaintiff in error.

Way & Burkhalter, contra.